Eric Wannamaker, *pro se*
ewannama@hotmail.com
Utah State Bar No. 12270
Moscow, Idaho
208-301-9000

U.S. COURTS

MAY 30 2017

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC EDGECOMB WANNAMAKER, <br><br> Plaintiff, <br><br> vs. <br><br> HON. RAYMOND E. MABUS, JR., <br> SECRETARY OF THE NAVY, <br> UNITED STATES NAVY, <br><br> Defendant. | Case No. **3:16-CV-549-CWD** <br><br><br> **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** <br><br> Oral Argument Requested |

Pursuant to Federal Rule of Civil Procedure 56 and this Court's Local Rule 7.1, Plaintiff respectfully moves this Court to enter an Order granting summary judgment in his favor. Specifically, the requested summary judgment would affirm the claim that Defendant's denial of Plaintiff's Special Selection Board (SSB) was arbitrary and capricious or not based on substantial evidence.

Along with this Motion, Plaintiff files a Memorandum in Support and a Statement of Material Facts.

For the reasons provided in the supporting Memorandum, Plaintiff contends that there

is no genuine disputed issue as to any material fact, and that he is entitled to judgment as a matter of law on this claim.  Consequently, Plaintiff respectfully requests that this Court grant summary judgment in his favor, and direct Defendant to convene an SSB pursuant to 10 U.S.C. § 628(g)(1).

Dated: May 24, 2017                             Respectfully submitted,

                                                _____
                                                Eric E. Wannamaker

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that today I mail by U.S. Mail this Motion for Summary Judgment to:

Office of the Judge Advocate General
General Litigation (Code-14)
1322 Patterson Ave., Suite 3000
Washington Navy Yard, DC 20374-5066

United States Attorney's Office
Civil Process Clerk
Washington Group Plaza IV
800 E Park Blvd, Suite 600
Boise, ID 83712

Executed on: 25 MAY 2017

Eric E. Wannamaker
Moscow, Idaho